```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/16/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
EDWARD W. CARTER,

                           Plaintiff,

       -against-

MARGARET A. VALENTI and MATTHEW
VALENTI,

                         Defendants.
-----------------------------------------------------------------X

**22-CV-6601 (LAK) (KHP)**

**ORDER**

**KATHARINE H. PARKER, United States Magistrate Judge:**

As discussed in the November 15, 2022 case management conference, the deadline for completing fact discovery is **March 31, 2023**. The deadline for completing expert discovery is **July 31, 2023**. The deadline to amend the complaint is **December 15, 2022**. The parties shall file a joint status letter with an update on the parties' progress with discovery.

SO ORDERED.

DATED:    New York, New York
               November 16, 2022

*Katharine H Parker*
_____
KATHARINE H. PARKER
United States Magistrate Judge