# VARVARO, COTTER & BENDER
### ATTORNEYS AT LAW

**JOSEPH VARVARO**
**ROSE M. COTTER**
**HEATH A. BENDER**
**GREGORY E. WALTHALL**
_____

1133 WESTCHESTER AVENUE • Suite S-325
WHITE PLAINS, NEW YORK 10604
TEL: (914) 989-6650
FAX: (914) 989-6638
Not a Partnership or Professional Corporation
Employees of ACE American Insurance Company, a Chubb Company

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 01/19/2023

## MEMO ENDORSED

January 18, 2023

Honorable Magistrate Judge Katharine H. Parker
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
500 Pearl Street
New York, New York 10007

> **APPLICATION GRANTED:** The case management conference is scheduled for February 22, 2023 at 11:30 am. in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York is hereby rescheduled to **Wednesday, March 29, 2023 at 10:30 a.m.**
>
> APPLICATION GRANTED
> *Katharine H. Parker*
> Hon. Katharine H. Parker, U.S.M.J.
>
> 01/19/2023

Re:  Carter v. Valenti
     UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF NEW YORK
     Civil Action Case No. 1:22-CV-06601-LAK-KHP

Dear Judge Parker:

We represent defendants in this personal injury case involving a car accident. We have just received a notification that a conference on this matter is set for February 22, 2023. I am on vacation from February 20, 2023 through February 28, 2023 and I would like to cover the conference. Can we please have a different date for the conference?

Thank you very much for your time and attention.

Very truly yours,
VARVARO, COTTER & BENDER

*Rose M. Cotter*

Rose M. Cotter

RMC/lm
Enclosures

cc:   Yelena Genchanok, Esq.,
      Law Office of Alexander Bespechny

<u>Domhnall O'Cathain</u>
Trial Counsel to Plaintiff