USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/31/2023

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
EDWARD W. CARTER,

                            Plaintiff,                      **22-CV-6601 (LAK) (KHP)**

    -against-

                                                                   **ORDER**

MARGARET A. VALENTI and MATTHEW
VALENTI,

                            Defendants.
-----------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

As discussed in the March 29, 2023 case management conference, the deadline for completing expert discovery is extended to **October 12, 2023**. The deadline for affirmative expert reports is **June 30, 2023**. Rebuttal expert reports are due **August 20, 2023**. The deadline for a reply to the rebuttal expert report is **September 20, 2023**.

By **May 15, 2023**, the parties shall file a joint status letter.

SO ORDERED.

DATED:    New York, New York
              March 31, 2023

                                                                  _____
                                                                  KATHARINE H. PARKER
                                                                  United States Magistrate Judge