```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 07/26/2023
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
EDWARD W. CARTER,

                            Plaintiff,

     -against-

MARGARET A. VALENTI and MATTHEW VALENTI,

                            Defendants.
-----------------------------------------------------------------X

**22-CV-6601 (LAK) (KHP)**

<u>**ORDER ADJOURNING CASE MANAGEMENT CONFERENCE**</u>

**KATHARINE H. PARKER, United States Magistrate Judge:**

     In light of the Stipulation of Voluntary Dismissal filed on July 25, 2023 (doc. no 22) the Case Management Conference currently scheduled for **<u>August 3, 2023</u>** is hereby adjourned *sine die*.

     **SO ORDERED.**

DATED:    New York, New York
               July 26, 2023

_____
KATHARINE H. PARKER
United States Magistrate Judge